**ORIGINAL**

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC CHING  6697
Assistant U. S. Attorney
ATTN: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 8 2006

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 02-00203 SOM |
| ) | |
| Plaintiff, ) | APPLICATION FOR WRIT OF |
| ) | CONTINUING GARNISHMENT |
| v. ) | |
| ) | |
| RAY WILLIAM SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| VANGUARD CAR RENTAL USA INC., ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case, entered against

the Defendant-Judgment Debtor RAY WILLIAM SMITH (hereinafter "Debtor"), social security number XXX-XX-1627, whose last known address is: 1088 Bishop Street, Apt. 3209, Honolulu, Hawaii 96813-3127, in the above cited action in the amount of $35,640.00.

There is a balance of $38,862.88 that is due and owing as of May 2, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before May 2, 2006, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:

    VANGUARD CAR RENTAL USA INC.
    Attn: Payroll Department
    P.O. Box 749000
    Arvada, CO  80006

DATED: _____May 4, 2006_____, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

By _/s/ Edric C_
    EDRIC CHING
    Assistant U.S. Attorney

    Attorneys for the Plaintiff