IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00203 SOM |
| Plaintiff, | ) ) ) | ANSWER OF THE GARNISHEE FORM |
| v. | ) ) | |
| RAY WILLIAM SMITH, | ) ) ) | |
| Defendant, | ) ) ) | |
| VANGUARD CAR RENTAL USA INC., | ) ) | |
| Garnishee. | ) ) | |

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1.  The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. \_\_\_ Yes. \_\_\_ No.

2.  The Debtor's pay period is \_\_\_\_\_ weekly, \_\_\_\_\_ bi-weekly \_\_\_\_\_ semi-monthly, \_\_\_\_\_ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) \_\_\_\_\_
    Enter the date the above pay period ends. _____

3.  The amount of the Debtor's net wages are:

    (a) Gross Pay                        $_____
    (b) Federal income tax               $_____
    (c) F.I.C.A. income tax              $_____
    (d) State income tax                 $_____
    Total of tax withholdings            $_____
    Net Wages                            $_____
    (a less total of b,c,d)

4.  Have there been previous garnishments in effect?.
    ___ Yes. ___ No.  If the answer is "yes," describe below:
    _____
    _____
    _____

5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6.  The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7.  The Garnishee makes the following claim of exemption on the part of the Debtor:
    _____
    _____
    _____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

_____
_____
_____
_____

The Garnishee delivered or mailed the <u>original</u> of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the Debtor, RAY WILLIAM SMITH at 1088 Bishop Street, Apt. 3209, Honolulu, Hawaii 96813-3127.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Garnishee