ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2006

at __11__ o'clock and __46__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00203 SOM |
| Plaintiff, | ) | ANSWER OF THE GARNISHEE FORM |
| v. | ) | |
| RAY WILLIAM SMITH, | ) | |
| Defendant, | ) | |
| VANGUARD CAR RENTAL USA INC., | ) | |
| Garnishee. | ) | |

ANSWER OF THE GARNISHEE FORM

I, __FRAN TORRENCE__, state that:

I am the (State Official Title) __PAYROLL SUPERVISOR__ of Garnishee, __VANGUARD CAR RENTAL USA, INC__ a corporation, organized under the laws of the State of __DELAWARE__.

On __05-17-06__, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___ Yes. _X_ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) __5/12/06__
Enter the date the above pay period ends. __05/18/06__

3. The amount of the Debtor's net wages are:

   (a) Gross Pay                    $_____
   (b) Federal income tax           $_____
   (c) F.I.C.A. income tax          $_____
   (d) State income tax             $_____
   Total of tax withholdings        $_____
   Net Wages                        $_____
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?.
   ___ Yes. ___ No.  If the answer is "yes," describe below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:
   _____
   _____
   _____

8.  The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

    _____
    _____
    _____
    _____

9.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s): EMPLOYMENT WITH OUR COMPANY WAS FROM 4/19/'03 THROUGH 3/19/05
    _____
    _____

The Garnishee delivered or mailed the <u>original</u> of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee [did not] delivered or mailed a <u>copy</u> of the Answer by first class mail to the Debtor, RAY WILLIAM SMITH at 1088 Bishop Street, Apt. 3209, Honolulu, Hawaii 96813-3127.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/06

FRAN TORRENCE
918 401-6743

*Fran Torrence for*
*Vanguard Car Rental USA, Inc*
                                    Garnishee

3